140 So. 616
**FIRST NATIONAL BANK OF OPP v. T. J. PERRY & SON.**
4 Div. 614.

Supreme Court of Alabama.
Dec. 11, 1931.

For opinion below, see 140 So. 614.

PER CURIAM.
Petition dismissed by petitioner.